UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-6900 JGB (JCx) | Date | August 7, 2025 |
|---|---|---|---|
| Title | *Victor Amado Rodriguez-Flores v. F. Semaia et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order SETTING Briefing Schedule (IN CHAMBERS)

   Before the Court is Petitioner Victor Amado Rodriguez-Flores's Ex Parte Application for a Temporary Restraining Order (Dkt. No. 9). The Court sets the following briefing schedule for the Application:
- Respondent shall file briefing in opposition no later than August 11, 2025.
- Petitioner may file reply briefing in support of its motion no later than August 12, 2025.
- The matter is set for hearing on August 14, 2025 at 9:00 AM.

   Petitioner is **ORDERED** to provide notice to Respondent of this briefing schedule within 24 hours of its publication.

   **IT IS SO ORDERED.**