UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AMADO RODRIGUEZ-FLORES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>F. SEMAIA, et al.,<br><br>　　　　　Respondents | Case No. 2:25-cv-06900-JGB-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Habeas Corpus and Order to Show Cause within Three Days; Complaint for Declaratory and Injunctive Relief" ("Petition"), Respondents' "Response to [the Petition]," and Petitioner's Reply, and all of the records herein, including the November 24, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and accepts the Report and Recommendation.

　　　　IT IS HEREBY ORDERED that (1) the Petition is granted; (2) Respondents shall immediately release Petitioner if he remains in custody without having received a pre-detention hearing; (3) Respondents are permanently enjoined and restrained from detaining Petitioner (during the pendency of his challenge to removal) without

notice and a pre-detention hearing where the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to Petitioner's danger to the community or flight risk, and no conditions other than his detention would be sufficient to prevent those harms; and (4) Judgment shall be entered accordingly.

IT IS SO ORDERED.

DATED: January 7, 2026   _____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE