JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AMADO RODRIGUEZ-FLORES,<br><br>          Petitioner,<br><br>   v.<br><br>F. SEMAIA, et al.<br><br>          Respondents. | Case No. 2:25-cv-06900-JGB-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the "Petition for Writ of Habeas Corpus and Order to Show Cause within Three Days; Complaint for Declaratory and Injunctive Relief" is granted; (2) Respondents shall immediately release Petitioner if he remains in custody without having received a pre-detention hearing; (3) Respondents are permanently enjoined and restrained from detaining Petitioner (during the pendency of his challenge to removal) without notice and a pre-detention hearing where the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to Petitioner's danger to the community or flight risk, and that no conditions other than his detention

1  would be sufficient to prevent those harms; and (4) the Clerk shall enter
2  Judgment accordingly.

4  IT IS SO ADJUDGED.

6  DATED: January 7, 2026

7  HONORABLE JESUS G. BERNAL
   UNITED STATES DISTRICT JUDGE